**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS and DO NO HARM, <br>                           *Plaintiffs*, <br>   v. <br> BUCKFIRE & BUCKFIRE, P.C., <br>                           *Defendant.* | Case No. 2:25-cv-13617-TGB-APP |

**JOINT STIPULATION FOR EXTENSION OF TIME**

Plaintiffs, American Alliance for Equal Rights and Do No Harm, and Defendant, Buckfire & Buckfire, P.C., respectfully stipulate to the following:

1. Plaintiffs filed suit against Defendant on November 13, 2025.

2. Defendant answered on January 30, 2026.

3. On February 10, 2026, Plaintiffs filed a motion for entry of a protective order. *See* Dkt. No. 9. Under Local Rule 7.1(e), Defendant's response to the motion is currently due February 24, 2026.

4. Due to the press of other matters as well as ongoing and productive settlement negotiations, Plaintiffs and Defendant respectfully stipulate to an extension of time to March 11, 2026, for Defendant to respond to the motion for a protective order.

Dated: February 20, 2026

/s/ *Cameron T. Norris*
John A. Di Giacomo (P73056)
REVISION LEGAL PLLC
444 Cass Street Ste. D
Traverse City, MI 49684
(231) 714-0100
john@revisionlegal.com

Thomas R. McCarthy
(D.C. Bar #489651)
Cameron T. Norris
(VA Bar #91624)
R. Gabriel Anderson
(TX Bar #24129302)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
gabe@consovoymccarthy.com

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ *Lawrence J. Buckfire*
Lawrence J. Buckfire (P42841)
Robert J. Lantzy (P57013)
BUCKFIRE LAW FIRM
28411 Northwestern highway, Ste. 300
Southfield, MI 48034
(248) 569-4646
robert@buckfirelaw.com
larry@buckfirelaw.com

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS and DO NO HARM,<br>*Plaintiffs*,<br><br>v.<br><br>BUCKFIRE & BUCKFIRE, P.C.,<br>*Defendant*. | Case No. 2:25-cv-13617<br>Hon. Terrence G. Berg<br>Mag. Judge Anthony P. Patti |

## ORDER GRANTING EXTENSION OF TIME TO RESPOND TO MOTION FOR PROTECTIVE ORDER

Pursuant to the parties' stipulated request, it is hereby ORDERED that Defendant's deadline to respond to Plaintiffs' motion for a protective order, Dkt. 9, is extended to and including March 11, 2026.

BY THE COURT:

/s/ Terrence G. Berg
TERRENCE G. BERG
United States District Judge

Dated: February 23, 2026.